# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00132-CV

**Eugenio Falcon, Antonio Falcon, Elroy Vera, Juan D. Posada, Jose Vasquez, Karina Mascorro, and William Smith, Appellants**

**v.**

**Bonanza Capital, Ltd. and Bernay Box as Trustee of Bonanza Master Fund, Ltd. Liquidating Trust, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-12-000164, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an agreed motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Appellants' Motion

Filed:   September 21, 2012